Order entered August 25, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00532-CV

## IN RE METHODIST CHARLTON MEDICAL CENTER, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10629-G**

## ORDER
Before Justice Bridges, Justice Lang-Miers and Justice Myers

We **GRANT** the joint motion of the parties to dismiss the petition for writ of mandamus.

Based on the opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER**

each party to bear its own costs of this original proceeding.


/s/      DAVID L. BRIDGES
           JUSTICE